# IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF ALABAMA SOUTHERN DIVISION

UNITED STATES OF AMERICA :

vs. : CRIMINAL NO.: 18-00288-KD

MIGUEL ANGEL RAMOS-BLANCOS :

## ACCEPTANCE OF GUILTY PLEA AND ADJUDICATION OF GUILT

Pursuant to the Report and Recommendation of the United States Magistrate Judge (Doc. 22) and without any objection having been filed by the parties, Defendant's plea of guilty to Count One of the Indictment is now accepted and Defendant is adjudged guilty of such offense.

The sentencing hearing has been scheduled before the undersigned for **Friday, February 15, 2019, at 1:00 p.m**., in Courtroom 4B of the United States Courthouse, 155 St. Joseph St., Mobile, Alabama 36602.

The Clerk is directed to provide a **Kanjobal interpreter** for the sentencing.

**DONE and ORDERED** this the 14th day of December.

s/KRISTI K. DuBOSE
CHIEF UNITED STATES DISTRICT JUDGE